UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIAH SILVEIRA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. FISHER JR., et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00989-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 1 & 9) |

　　　　Josiah Silveira ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 30, 2018, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that this case proceed against defendants D. Starkweather and J. Quintero on Plaintiff's claim for retaliation in violation of the First Amendment, and that all other claims and defendants be dismissed with prejudice. (ECF No. 9).

　　　　Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

　　　　Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on March 30, 2018, are ADOPTED in full;
2. This case proceed against defendants D. Starkweather and J. Quintero on Plaintiff's claim for retaliation in violation of the First Amendment;
3. All other claims and defendants are DISMISSED with prejudice;
4. The Clerk of Court is DIRECTED to reflect the dismissal of defendants R. Fisher, Jr., and S. Torres on the Court's docket; and
5. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 15, 2018**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE